IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COBY ROBERT MCOMBER,<br><br>Defendant. | CR 14-04-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, COBY ROBERT MCOMBER is hereby released from the custody of the U.S. Marshals Service.

DATED this 30th day of March, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1